**Order filed November 10, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00739-CV

———————

### KEN S. OGBONNIA d/b/a FIRST TEXAS ENERGY, Appellant

### V.

### A T & T ADVERTISING, LP, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 988333**

---

### O R D E R

The notice of appeal in this case was filed August 24, 2011. The clerk's record was filed October 25, 2011. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **November 28, 2011.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM